UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON PAGE,

        Plaintiff,

  v.

D. WILLIS et al,

        Defendant.

Case Number: CV08-05610 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Page J-68558
California Substance Abuse Training Facility
P.O. Box 5242
Corcoran, CA 93212

Dated: February 23, 2010

                                            Richard W. Wieking, Clerk
                                            By: Anthony Bowser, Deputy Clerk